1  NATHANAEL R. RULIS, ESQ. (#11259)
   n.rulis@kempjones.com
2  MONA KAVEH, ESQ. (#11825)
   m.kaveh@kempjones.com
3  JOSEPH D. LAURITA, ESQ. (#16267)
   j.laurita@kempjones.com
4  KEMP JONES, LLP
   3800 Howard Hughes Parkway, 17th Floor
5  Las Vegas, Nevada 89169
   Telephone: (702) 385-6000
6  Facsimile:  (702) 385-6001

7  ADAM W. BARNEY, ESQ. (*pro hac forthcoming*)
   abarney@clinewilliams.com
8  NATHAN T. HEIMES, ESQ. (*pro hac forthcoming*)
   nheimes@clinewilliams.com
9  CLINE WILLIAMS WRIGHT JOHNSON
     & OLDFATHER, L.L.P.
10 12910 Pierce Street, Street 200
   Omaha, Nebraska 68144
11 Telephone: (402) 397-1700
   Facsimile:  (402) 397-1806
12
   *Attorneys for Defendant*
13

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APP-ORDER LLC, a Nevada limited liability company DBA Zorts Sports;<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD REYNOLDS, an individual,<br><br>Defendant. | Case No.: 2:24-cv-01480-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE**<br>**(1) RESPONSE TO COMPLAINT,**<br>**AND (2) RESPONSE TO MOTION TO COMPEL ARBITRATION**<br>**[ECF NOS. 1, 4]**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff APP-ORDER LLC dba Zorts Sports ("Plaintiff"), by and through its counsel of record, McDonald Carano LLP, and Defendant Harold Reynolds ("Defendant"), by and through his counsel of record, Kemp Jones, LLP and Cline Williams Wright Johnson & Oldfather, L.L.P. (*pro hac forthcoming*), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to file his (1) Response to Plaintiff's Complaint (ECF No. 1), and (2) Response to Motion to Compel Arbitration (ECF No. 4) from October 14, 2024, to October 30, 2024.

1

1. On August 12, 2024, Plaintiff filed its Complaint. ECF No. 1.

2. On August 13, 2024, Plaintiff filed its Motion to Compel Arbitration with an Appendix. ECF Nos. 4 and 5 (the "Motion").

3. Plaintiff provided courtesy copies of the Complaint and the Motion to Defendant's pro hac lead counsel on August 14, 2024.

4. At Defendant's request, the parties initially agreed that Defendant would have until October 14, 2024, to obtain local counsel and to respond to the Complaint and Motion.

5. Defendant is currently in the process of formally engaging Kemp Jones, LLP as local counsel in this matter. Once engaged, Kemp Jones, LLP needs sufficient time to review and respond to the Complaint and Motion. Despite the parties' initial agreement stated in ¶ 4 herein, this is the first request made by the parties to extend these deadlines.

6. Therefore, the parties respectfully request that Defendant's deadline to respond to the Complaint and Motion be extended from October 14, 2024, to October 30, 2024.

DATED this 11th day of October, 2024.

By: */s/ Mona Kaveh*
Nathanael R. Rulis, Esq. (#11259)
Mona Kaveh, Esq. (#11825)
Joseph D. Laurita, Esq. (#16267)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Adam W. Barney, Esq.
(*pro hac forthcoming*)
Nathan T. Heimes, Esq.
(*pro hac forthcoming*)
CLINE WILLIAMS WRIGHT JOHNSON
 & OLDFATHER, L.L.P.
12910 Pierce Street, Street 200
Omaha, Nebraska 68144

*Attorneys for Defendant*

DATED this 11th day of October, 2024.

By: */s/ Rory Kay*
Rory T. Kay, Esq. (#12416)
John A. Fortin, Esq. (#15221)
Katrina E. Weil, Esq. (#16152)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: 10/17/2024

2