Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Katrina E. Weil (NSBN 16152)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for App-Order LLC dba Zorts Sports*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APP-ORDER LLC, a Nevada limited liability company DBA Zorts Sports,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD REYNOLDS, an individual,<br><br>Defendant. | Case No. 2:24-cv-01480-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Under Local Rules IA 6-1 and 7-1, Plaintiff App-Order LLC dba Zorts Sports ("Zorts") and Defendant Harold Reynolds ("Reynolds"), together with Zorts, the "Parties," hereby stipulate, agree, and respectfully request that the Court extend the following briefing deadlines:

1. On August 12-13, 2024, Zorts filed its complaint and motion to compel arbitration. [ECF Nos. 1; 4].

2. On September 10, 2024, Zorts filed its proof of service of Reynolds. [ECF No. 14].

3. On October 11, 2024, the Parties stipulated and the Court ordered Reynolds could obtain an extension of time until October 30, 2024, to file a responsive pleading and a response to Zorts' motion to compel arbitration. [ECF No. 19].

4. Reynolds timely filed his motion to dismiss and his opposition to Zorts' motion to compel arbitration. [ECF Nos. 23; 25].

5. Given multiple pending deadlines in other matters, and the upcoming Thanksgiving holiday, the Parties met and conferred and agreed to extend the following deadlines.

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Zorts' Reply in support of Motion to Compel Arbitration | November 6, 2024 | November 27, 2024 |
| Zorts' Opposition to Reynolds' Motion to Dismiss | November 13, 2024 | November 27, 2024 |
| Reynolds' Reply in support of Motion to Dismiss | November 20, 2024 | December 18, 2024 |

/ / /

/ / /

/ / /

/ / /

1  The Parties do not seek this extension for purposes of delay, and this is the first request for
2  an extension of time on these briefs.

3  DATED this 5th day of November, 2024.     DATED this 5th day of November, 2024.

4  McDONALD CARANO LLP                         KEMP JONES, LLP

6  By: */s/ Rory T. Kay*                      By: */s/ Mona Kaveh*
       Rory T. Kay (NSBN 12416)                    Nathanael R. Rulis, Esq. (NSBN 11259)
       John A. Fortin (NSBN 15221)                 Mona Kaveh, Esq. (NSBN 11825)
7      Katrina E. Weil (NSBN 16152)                Joseph D. Laurita, Esq. (NSBN 16267)
       2300 W. Sahara Avenue, Suite 1200           KEMP JONES, LLP
8      Las Vegas, Nevada, 89102                    3800 Howard Hughes Parkway, 17th Floor
       rkay@mcdonaldcarano.com                     Las Vegas, Nevada 89169
9      jfortin@mcdonaldcarano.com                  n.rulis@kempjones.com
       kweil@mcdonaldcarano.com                    m.kaveh@kempjones.com
10                                                 j.laurita@kempjones.com

11  *Attorneys for App-Order LLC dba Zorts Sports*
                                                   Megan S. Wright, Esq. (*pro hac forthcoming*)
12                                                 Nathan T. Heimes, Esq. (*pro hac vice*)
                                                   CLINE WILLIAMS WRIGHT
13                                                 JOHNSON
                                                   & OLDFATHER, L.L.P.
14                                                 12910 Pierce Street, Street 200
                                                   Omaha, Nebraska 68144
15                                                 mwright@clinewilliams.com
                                                   nheimes@clinewilliams.com
16
                                                   *Attorneys for Defendant*
17

18                                                 **IT IS SO ORDERED:**

19                                                 _____
20                                                 UNITED STATES ~~MAGISTRATE~~ JUDGE

21                                                 Dated: November 5, 2024

3