Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Katrina E. Weil (NSBN 16152)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for App-Order LLC dba Zorts Sports*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APP-ORDER LLC, a Nevada limited liability company DBA Zorts Sports,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD REYNOLDS, an individual,<br><br>Defendant. | Case No. 2:24-cv-01480-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(SECOND REQUEST)** |

Under Local Rules IA 6-1 and 7-1, Plaintiff App-Order LLC dba Zorts Sports ("Zorts") and Defendant Harold Reynolds ("Reynolds"), together with Zorts, the "Parties," hereby stipulate, agree, and respectfully request that the Court extend the following briefing deadlines:

1. On August 12-13, 2024, Zorts filed its complaint and motion to compel arbitration. [ECF Nos. 1; 4].

2. On September 10, 2024, Zorts filed its proof of service of Reynolds. [ECF No. 14].

3. On October 11, 2024, the Parties stipulated and the Court ordered Reynolds could obtain an extension of time until October 30, 2024, to file a responsive pleading and a response to Zorts' motion to compel arbitration. [ECF Nos. 16; 19].

4. Reynolds timely filed his motion to dismiss and his opposition to Zorts' motion to compel arbitration. [ECF Nos. 23; 25].

5. On November 5, 2024, the Parties stipulated and the Court ordered that Zorts could obtain an extension of time until November 27, 2024, to file an opposition to the motion to dismiss,

1  and a reply in support of the motion to compel arbitration.  Reynolds' reply to the motion to dismiss
2  would then be due on December 18, 2024.  [ECF Nos. 29; 30].

3       6.   Given multiple pending deadlines in other matters, and the upcoming holidays, the
4  Parties met and conferred and agreed to extend the following deadlines.

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Zorts' Opposition to Reynolds' Motion to Dismiss | November 27, 2024 | December 11, 2024 |
| Zorts Reply in support of Motion to Compel Arbitration | November 27, 2024 | December 11, 2024 |
| Reynolds' Reply in support of Motion to Dismiss | December 18, 2024 | January 15, 2025 |

25  / / /
26  / / /
27  / / /
28  / / /

2

The Parties do not seek this extension for purposes of delay, and this is the second request for an extension of time on these briefs.

DATED this 25th day of November, 2024.

McDONALD CARANO LLP

By: /s/ Rory T. Kay
   Rory T. Kay (NSBN 12416)
   John A. Fortin (NSBN 15221)
   Katrina E. Weil (NSBN 16152)
   2300 W. Sahara Avenue, Suite 1200
   Las Vegas, Nevada, 89102
   rkay@mcdonaldcarano.com
   jfortin@mcdonaldcarano.com
   kweil@mcdonaldcarano.com

*Attorneys for App-Order LLC dba Zorts Sports*

DATED this 25th day of November, 2024.

KEMP JONES, LLP

By: /s/ Mona Kaveh
   Nathanael R. Rulis, Esq. (NSBN 11259)
   Mona Kaveh, Esq. (NSBN 11825)
   Joseph D. Laurita, Esq. (NSBN 16267)
   KEMP JONES, LLP
   3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, Nevada 89169
   n.rulis@kempjones.com
   m.kaveh@kempjones.com
   j.laurita@kempjones.com

   Megan S. Wright, Esq. (*pro hac vice*)
   Nathan T. Heimes, Esq. (*pro hac vice*)
   CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
   12910 Pierce Street, Street 200
   Omaha, Nebraska 68144
   mwright@clinewilliams.com
   nheimes@clinewilliams.com

*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 25, 2024